AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:20-cv-11358-MAG-APP

This summons for *(name of individual and title, if any)* __Martin Potter__
was received by me on *(date)* __May 29, 2020__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify)*: __USPS Certified RRR mailed to U.S. Army Arsenal Fire Division at 6501 E. Eleven Mile Rd. Warren, MI 48091__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __6/11/2020__

Server's Signature: __Wendel Summers__
Printed Name and Title: __Wendel Summers, process server__

Server's address:

Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656

Additional information regarding attempted service, etc.:
__USPS Certified RR mailed on 6/05/2020__
__Tracking # 7019 2280 0001 3747 3604__



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |

Martin Potter, Asst. Chief
U.S. Army Detroit Arsenal Fire Division
6501 E. Eleven Mile Rd.
Warren, MI 48091

9590 9402 4874 9032 3661 63

2. Article Number (Transfer from service label)
7019 2280 0001 3747 3604

Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Joe Pasliva

mailed on 6/05/2020
Postmark Here

Sent To: Martin Potter, Asst. Chief
Street and Apt. No., or PO Box No.: 6501 E. Eleven Mile Rd.
City, State, ZIP+4: Warren, MI 48091

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions