AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:20-cv-11358-MAG-APP

This summons for *(name of individual and title, if any)* __Sean Edwards__
was received by me on *(date)* __May 29, 2020__

[ ] I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify):* __USPS Certified RRR mailed to U.S. Army - Detroit Arsenal Fire Division at 6501 E. Eleven Mile Rd. Warren, MI 48091__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __6/11/2020__

Server's Signature: __Wendy Woods__
Printed Name and Title: __Wendy Woods, process server__

Server's address:
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656

Additional information regarding attempted service, etc.:
SPS Cert. tracking # 7019 2280 0001 3747 3635
mailed on 6/05/2020

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  David Terry
C. Date of Delivery

1. Article Addressed to:

Sean Edwards, Chief
U.S. Army Detroit Arsenal Fire Division
6501 E. Eleven Mile Rd.
Warren, MI 48091

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 4874 9032 3661 49

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7019 2280 0001 3747 3635

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Joe Dasilva

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here — mailed on 6/06/2020

Postage $
Total Postage and Fees $

Sent To: Sean Edwards, Chief, US Army Detroit Arsenal Fire Division
Street and Apt. No., or PO Box No.: 6501 E. Eleven Mile Rd.
City, State, ZIP+4: Warren, MI 48091

7019 2280 0001 3747 3635

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions