AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:20-cv-11358-MAG-APP

This summons for *(name of individual and title, if any)* __Mark T Esper, Secretary of Defense__

was received by me on *(date)* __May 29, 2020__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify)*: __USPS Certified RRR mailed to Secretary of Defense at 1000 Defense Pentagon Washington, DC__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __6/10/2020__

__Wendy Stevens__
*Server's Signature*

__Wendy Stevens, process server__
*Printed Name and Title*

*Server's address* __Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656__

Additional information regarding attempted service, etc.:
__USPS certified RRR mailed on 6/05/2020
tracking # 7019 2280 0001 3747 3628__

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE COVI...

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** 70192280000137473628

Your item was delivered at 6:35 am on June 10, 2020 in WASHINGTON, DC 20310.

## ✓ Delivered

June 10, 2020 at 6:35 am
Delivered
WASHINGTON, DC 20310

**Get Updates** ∨

**Text & Email Updates**

**Tracking History**

**Product Information**

U.S. Postal Service™ — Nasira
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $
Sent To: Mark T Esper, Secretary of Defense
Street and Apt. No., or PO Box No. 1000 Defense Pentagon
City, State, ZIP+4® Washington, DC 20301-1000
Postmark Here: mailed on 6/05/2020
PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 2280 0001 3747 3628

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.