AO 440 (Rev. 06/12) Summons in a Civil Action

## PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:20-cv-11358-MAG-APP

This summons for *(name of individual and title, if any)* __Sean Edwards__
was received by me on *(date)* __May 29, 2020__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify)*: __USPS certified RRR mailed to Sean Edwards at US Army Garrison- Fort Detrick  810 Schreider St. Fort Detrick, MD, 21702__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: July 16, 2020

Server's Signature: __Wendy Woods__

Printed Name and Title: __Wendy Woods, process server__

Server's address:
Excolo Law, PLLC
26700 Lahser Rd., Suite 401
Southfield, MI 48033
(866) 939-2656

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature] ☒ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:
Sean Edwards, Fire Chief
US Army Garrison - Fort Detrick
810 Schreider Street
Fort Detrick MD, 21702

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 4986 9063 7412 85

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7018 1830 0001 1522 2166

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Dasilwa

For delivery information, visit our website at www.usps.com®.
OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

Sent To Sean Edwards
Street and Apt. No., or PO Box No. 810 Schreider St,
City, State, ZIP+4® Fort Detrick MD 21702

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70181830000115222166

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:28 am on June 29, 2020 in FREDERICK, MD 21701.

## ✓ Delivered

June 29, 2020 at 11:28 am
Delivered, Front Desk/Reception/Mail Room
FREDERICK, MD 21701

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.