UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.

        Plaintiff(s),   Case No. 20-cv-11358-MAG-APP

v.   Judge Mark A. Goldsmith

Mark Esper, et al.   Magistrate Judge

        Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Mark Esper for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on June 10, 2020 at 1000 Defense Pentagon Washington, DC 20301-1000 by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: August 25, 2020    s/ Solomon M. Radner

P73653
Excolo Law, PLLC
26700 Lahser Rd.
Suite 401
Southfield, MI 48033
(248) 291-9719
sradner@excololaw.com