UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.

        Plaintiff(s),           Case No. 20-cv-11358-MAG-APP

v.          Judge Mark A. Goldsmith

Mark Esper, et al.          Magistrate Judge

        Defendant(s).
_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against Martin Potter for failure to plead or otherwise defend.

## **AFFIDAVIT**

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on June 11, 2020 at 6501 E. Eleven Mile Rd. Warren, MI 48901 by certified mail.

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: August 25, 2020          s/ Solomon M. Radner

         P73653
         Excolo Law, PLLC
         26700 Lahser Rd.
         Suite 401
         Southfield, MI 48033
         (248) 291-9719
         sradner@excololaw.com