UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

            Plaintiff(s),

v.                                               Case No. 2:20−cv−11358−MAG−APP
                                                 Hon. Mark A. Goldsmith
Mark Esper, et al.,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Mark Esper

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

            DAVID J. WEAVER, CLERK OF COURT

            By: s/ S Krause
            Deputy Clerk

Dated:  August 26, 2020