UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                Plaintiff(s),

v.                                                 Case No. 2:20−cv−11358−MAG−APP
                                                     Hon. Mark A. Goldsmith

Mark Esper, et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default: Martin Potter

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                   DAVID J. WEAVER, CLERK OF COURT

                                                             By: s/ S Krause
                                                                  Deputy Clerk

Dated: August 26, 2020