UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    *Plaintiff*,

v.

MARK ESPER, *et al.*;

    *Defendants*.
_____/

Case No. 20-cv-11358

Hon. Mark A. Goldsmith

SOLOMON M. RADNER (P73653)
EXCOLO LAW, PLLC
Attorney for Plaintiff
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
(866) 939-2656
sradner@excololaw.com
_____/

## NOTICE TO SET ASIDE DEFAULT AS TO MARK ESPER

NOW COMES the Plaintiff, JOE DASILVA, JR., by and through his attorneys, SOLOMON M. RADNER and EXCOLO LAW, PLLC, and files this notice to the court to request the Clerk's entry of default for Mark Esper be set aside.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | EXCOLO LAW, PLLC |
|  | By: */s/ Solomon M. Radner* |
|  | SOLOMON M. RADNER (P73653) |
|  | Attorney for Plaintiff |
|  | 26700 Lahser Road, Suite 401 |
|  | Southfield, Michigan 48033 |
| Dated: September 8, 2020 | (866) 939-2656 |
|  | sradner@excololaw.com |