UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    *Plaintiff*,

v.

MARK ESPER, *et al.*;

    *Defendants*.

Case No. 20-cv-11358

Hon. Mark A. Goldsmith

_____/
SOLOMON M. RADNER (P73653)
EXCOLO LAW, PLLC
Attorney for Plaintiff
26700 Lahser Road, Suite 401
Southfield, Michigan 48033
(866) 939-2656
sradner@excololaw.com
_____/

### NOTICE TO SET ASIDE DEFAULT AS TO MARTIN POTTER

NOW COMES the Plaintiff, JOE DASILVA, JR., by and through his attorneys, SOLOMON M. RADNER and EXCOLO LAW, PLLC, and files this notice to the court to request the Clerk's entry of default for Martin Potter be set aside.

                                                  Respectfully submitted,

                                                  EXCOLO LAW, PLLC

                                    By:   */s/ Solomon M. Radner*
                                                  SOLOMON M. RADNER (P73653)
                                                  Attorney for Plaintiff
                                                  26700 Lahser Road, Suite 401
                                                  Southfield, Michigan 48033
Dated: September 8, 2020          (866) 939-2656
                                                  sradner@excololaw.com