UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                Plaintiff(s),

v.                                          Case No. 2:20−cv−11358−MAG−APP
                                                   Hon. Mark A. Goldsmith

Mark Esper, et al.,

                Defendant(s),

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 10/28/2020, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                              s/Mark A. Goldsmith
                                              Mark A. Goldsmith
                                              U.S. District Judge

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/K Sandusky
                                                    Case Manager

Dated:   October 21, 2020