AO 440 (Rev. 06/12) Summons in a Civil Action

# PROOF OF SERVICE

*(This section should not be filed with the Court unless required by Fed. R. Civ. P. 4(l))*

Case No. 2:20-cv-11358-MAG-APP

This summons for *(name of individual and title, if any)* __Mark Esper__
was received by me on *(date)* __5/29/2020__

[ ] I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on (date) _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[✓] Other: *(specify)*: __USPS Certified RRR mailed to US Dept. of Justice regarding Mark Esper__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under the penalty of perjury that this information is true.

Date: __9/09/2020__

__Wendy Woods__
*Server's Signature*

__Wendy Woods, process server__
*Printed Name and Title*

*Server's address*
Excolo Law, PLLC
26700 Lahser Rd., Suite 301
Southfield, MI 48033
(866) 939-2656

Additional information regarding attempted service, etc.:
USPS tracking # 7019 2280 0001 3747 3543

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery

[redacted address block: U.S. Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001]

SEP 9 2020

address different from item 1? ☐ Yes
deliver address below: ☐ No

9590 9402 4260 8121 1542 02

2. Article Number
7019 2280 0001 3747 3543

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

DaSilva, J.

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

mailed on 8/28/2020
Postmark Here

Sent to: US Dept. of Justice re: Esper
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530-0001

7019 2280 0001 3747 3543

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions