AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Joe Dasilva | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-11358 |
| Mark Esper, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joe DaDilva.

Date:   12/13/2020

/s/ Keith Altman
*Attorney's signature*

Keith Altman P81702
*Printed name and bar number*

The Law Office of Keith Altman
33228 West 12 MIle Road, Suite 375
Farmington Hills, MI 48334
*Address*

kaltman@lawampmmt.com
*E-mail address*

(516) 456-5885
*Telephone number*

*FAX number*