AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Eastern _____ **District of** _____ Michigan _____

Joe DaSilva, Jr.
              Plaintiff (s),

V.

MArk Esper, Sean Edwards, and Martin Potter
              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-cv-11358

Notice is hereby given that, subject to approval by the court, __Joe DaSilva, Jr.__ substitutes
    (Party (s) Name)

__Keith Altman__, State Bar No. __P81702__ as counsel of record in
(Name of New Attorney)

place of __Solomon Radner__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: The Law Office of Keith Altman

Address: 33228 W. 12 Mile Road, Suite 375, Farmington Hills, MI 48334

Telephone: (516) 456-5885    Facsimile _____

E-Mail (Optional): kaltman@lawampmmt.com

I consent to the above substitution.
Date: Dec 11, 2020

*JOE DASILVA JR*
JOE DASILVA JR. (Dec 11, 2020 19:28 EST)
(Signature of Party (s))

I consent to being substituted.
Date: Dec 13, 2020

*solomon radner*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/11/2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 12/14/2020

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**