UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

-vs-

MARK ESPER, individually and in his official capacity as Secretary of the U.S. Department of Defense; SEAN EDWARDS, individually and in his official capacity as Chief of U.S. Army Detroit Arsenal Fire Division; and MARTIN POTTER, Individually and in his official capacity as Assistant Chief of U.S. Army Detroit Arsenal Fire Division,

    Defendants.
_____/

Case No: 2:20-cv-11358
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

| EXCOLO LAW, PLLC | BOGAS & KONCIUS, PC |
|---|---|
| Solomon M. Radner (P73653) | Kathleen L. Bogas (P21564) |
| Attorneys for Plaintiff | Brian E. Koncius (P69278) |
| 26700 Lahser Road, Suite 401 | Attorneys for Defendant |
| Southfield, Michigan 48033 | Martin Potter, Only |
| (866) 939-2656 | 31700 Telegraph Road, Suite 160 |
| sradner@excololaw.com | Bingham Farms, Michigan 48025 |
| | (248) 250-5000 |
| | office@kbogaslaw.com |

_____/

## NOTICE OF APPEARANCE

    Please enter the Appearance of Brian E. Koncius of Bogas & Koncius, P.C. as Attorney on behalf of Defendant Martin Potter in the above-captioned matter.

1

BOGAS & KONCIUS, P.C.

By: /s/BRIAN E. KONCIUS_____
BRIAN E. KONCIUS (P69278)
Attorney for Defendant.
Martin Potter, Only
37100 Telegraph Road, Suite 160
Bingham Farms, MI  48025
(248) 502-5000
bkoncius@kbogaslaw.com

Dated: December 30, 2020   office@kbogaslaw.com

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN  )
                   ) SS
COUNTY OF OAKLAND  )

BRIAN E. KONCIUS, hereby certifies that on December 30, 2020 I electronically filed the foregoing documents with the Clerk of the Court using the ECF System which will send notification of such filing to the following: Solomon M. Radner (P73653) of Excolo Law, PLLC.

BOGAS & KONCIUS, P.C.

By: /s/BRIAN E. KONCIUS_____
BRIAN E. KONCIUS (P69278)
Attorney for Defendant.
Martin Potter, Only

2