UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Joe Dasilva, Jr.**,

     Plaintiff,                                        Civil No. 20-11358

v.                                                        Honorable Mark A. Goldsmith

**Mark Esper, et al.,**

     Defendant.

---

# Notice of Appearance

---

Notice is given that Lynn M. Dodge, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Defendant Mark Esper, in his individual and official capacities, Defendant Sean Edwards, in his individual and official capacities, and Defendant Martin Potter, in his official capacity only, in the above-captioned case.

     Respectfully submitted,

     MATTHEW SCHNEIDER
     United States Attorney

     */s/ Lynn M. Dodge*
     LYNN M. DODGE (P38136)
     Assistant United States Attorney
     211 W. Fort Street, Suite 2001
     Detroit, Michigan 48226
     (313) 226-0205
     lynn.dodge@usdoj.gov

Dated: January 6, 2021

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on January 6, 2021, I electronically filed the foregoing

paper with the Clerk of the Court using the ECF system, which will send

notification of such filing to the ECF participants in this case.

*/s/ Lynn M. Dodge*
LYNN M. DODGE (P38136)
Assistant United States Attorney
