UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joe Dasilva, Jr.,

    Plaintiff,                         Civil No. 20-11358

v.                                    Honorable Mark A. Goldsmith

Mark Esper, et al.,

    Defendant.

## Stipulated Order Setting Aside Defaults

Based on the stipulation of the parties, through their undersigned attorneys, in response to the Second Order to Show Cause (ECF No. 22),

WHEREAS, the United States Attorney's Office was served with the complaint on November 8, 2020;

WHEREAS, the defendants in this action waive all remaining defects in service; and

WHEREAS, the parties agree to set aside the entries of default;

IT IS HEREBY ORDERED that:

(1) the entries of default (ECF Nos. 12 and 13) are hereby set aside; and

(2) the defendants shall have until February 18, 2021 to file a response to the complaint.

IT IS SO ORDERED.

Dated: January 7, 2021                   s/Mark A. Goldsmith
        Detroit, Michigan                   MARK A. GOLDSMITH
                                                 United States District Judge

Approved as to form and substance:

| THE LAW OFFICE OF KEITH ALTMAN | MATTHEW SCHNEIDER<br>United States Attorney |
|---|---|
| */s/Keith Altman (w/consent)*<br>KEITH ALTMAN (81702)<br>33228 W. 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>kaltman@lawampmmt.com<br>(516)456-5885<br><br>Attorney for Plaintiff<br><br>Dated: January 6, 2021 | */s/Lynn M. Dodge*<br>LYNN M. DODGE (P38136)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0205<br>lynn.dodge@usdoj.gov<br>Attorney for Defendants Esper (individual and official capacity), Edwards (individual and official capacity), and Potter (official capacity).<br><br>Dated: January 6, 2021<br><br>BOGAS & KONCIUS, P.C.<br><br>*/s/Brian E. Koncius (w/consent)*<br>BRIAN E. KONCIUS (P69278)<br>37100 Telegraph Road, Suite 160<br>Bingham Farms, MI 48025<br>(248) 502-5000<br>bkoncius@kbogaslaw.com<br>office@kbogaslaw.com<br>Attorney for Potter, individual capacity<br><br>Dated: January 6, 2021 |