UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

      Plaintiff,

-vs-

MARK ESPER, individually and in his official capacity as Secretary of the U.S. Department of Defense; SEAN EDWARDS, individually and in his official capacity as Chief of U.S. Army Detroit Arsenal Fire Division; and MARTIN POTTER, Individually and in his official capacity as Assistant Chief of U.S. Army Detroit Arsenal Fire Division,

      Defendants.
_____/

Case No: 2:20-cv-11358
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

| | |
|---|---|
| THE LAW OFFICE OF KEITH ALTMAN<br>KEITH ALTMAN (81702)<br>33228 W. 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>kaltman@lawampmmt.com<br>(516) 456-5885<br>Attorney for Plaintiff | SAIMA S. MOHSIN<br>Acting United States Attorney<br>Lynn M. Dodge (P38136)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0205<br>lynn.dodge@usdoj.gov<br><br>BOGAS & KONCIUS, PC<br>Kathleen L. Bogas (P25164)<br>Brian E. Koncius (P69278)<br>Attorneys for Defendant<br>Martin Potter, Only<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, Michigan 48025 |

1

(248) 502-5000
bkoncius@kbogaslaw.com
office@kbogaslaw.com

_____/

## **DEFENDANT'S MOTION TO DISMISS**

Defendant Martin Potter, by and through his counsel, Bogas & Koncius P.C., move to dismiss the Complaint as against him where Plaintiff fails to state a claim upon which relief may be granted and should thusly be dismissed with prejudice for the reasons set forth more fully in the brief in support of this Motion filed by the United States Attorney's Office on behalf of the Federal Defendants in this matter. (Dkt. # 26)

Pursuant to Local Rule 7.1, Defendant attempted to seek concurrence on this motion on February 17, 2021, but such concurrence was denied.

        Respectfully submitted,

        BOGAS & KONCIUS, P.C.
        Attorneys for Defendant
        Martin Potter

        By:  /s/ Brian E. Koncius
              Brian E. Koncius (P69278)
              31700 Telegraph Road, Suite 160
              Bingham Farms, MI  48025
Dated: February 18, 2021    248.502.5000

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

-vs-

MARK ESPER, individually and in his official capacity as Secretary of the U.S. Department of Defense; SEAN EDWARDS, individually and in his official capacity as Chief of U.S. Army Detroit Arsenal Fire Division; and MARTIN POTTER, Individually and in his official capacity as Assistant Chief of U.S. Army Detroit Arsenal Fire Division,

    Defendants.
_____/

Case No: 2:20-cv-11358
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

| | |
|---|---|
| THE LAW OFFICE OF KEITH ALTMAN<br>KEITH ALTMAN (81702)<br>33228 W. 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>kaltman@lawampmmt.com<br>(516) 456-5885<br>Attorney for Plaintiff | SAIMA S. MOHSIN<br>Acting United States Attorney<br>Lynn M. Dodge (P38136)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-0205<br>lynn.dodge@usdoj.gov<br><br>BOGAS & KONCIUS, PC<br>Kathleen L. Bogas (P25164)<br>Brian E. Koncius (P69278)<br>Attorneys for Defendant<br>Martin Potter, Only<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, Michigan 48025 |

(248) 502-5000
bkoncius@kbogaslaw.com
office@kbogaslaw.com
_____/

## **DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION TO DISMISS**

Defendant Martin Potter concurs with and relies upon the Brief filed by the Federal Defendants in this matter and adopts its arguments as they relate to him as if fully set forth herein. (Dkt. # 26)

For the reasons stated therein, the Complaint fails to state a claim upon which relief may be granted and should thusly be dismissed with prejudice.

          Respectfully submitted,

          BOGAS & KONCIUS, P.C.
          Attorneys for Defendant
          Martin Potter

          By:  /s/ Brian E. Koncius
                Brian E. Koncius (P69278)
                31700 Telegraph Road, Suite 160
                Bingham Farms, MI  48025
Dated: February 17, 2021    248.502.5000

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN     )
                     ) SS
COUNTY OF OAKLAND    )

     BRIAN E. KONCIUS, hereby certify that on February 18, 2021 I electronically filed the foregoing documents with the Clerk of the Court using the ECF System which will send notification of such filing to the following: Keith Altman (81702) and Lynn M. Dodge (P38136).

                              /s/BRIAN E. KONCIUS
                              BRIAN E. KONCIUS (P69278)
                              Bogas & Koncius, PC
                              Attorneys for Plaintiff
                              31700 Telegraph Road, Suite 160
                              Bingham Farms, MI  48025
                              Phone: (248) 502-5000
                              E-mail: bkoncius@kbogaslaw.com
                                      office@kbogaslaw.com