UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,                                       Civil No. 20-11358

v.                                                Honorable Mark A. Goldsmith

MARK ESPER, at el.,

    Defendants.

## NOTICE OF SUBSTITUTION OF ATTORNEY

Notice is given that Benjamin A. Anchill, Assistant U.S. Attorney for the Eastern District of Michigan, is substituted as the attorney for Defendant Mark Esper, in his individual and official capacities, Defendant Sean Edwards, in his individual and official capacities, and Defendant Martin Potter, in his official capacity only, to replace Assistant U.S. Attorney Lynn M. Dodge. Please serve all further orders, pleadings, and correspondence on Assistant U.S. Attorney Benjamin A. Anchill.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*/s/ Benjamin A. Anchill*
BENJAMIN A. ANCHILL (P70968)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9566
benjamin.anchill@usdoj.gov

Dated: February 26, 2021

## CERTIFICATION OF SERVICE

I hereby certify that on February 26, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants in this case.

<i>/s/ Benjamin A. Anchill</i><br>
BENJAMIN A. ANCHILL<br>
Assistant United States Attorney