UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA,

    Plaintiff,                                                            Case No. 20-11358
vs.                                                                     HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

    Defendants.
_____/

**<u>ORDER DENYING MOTIONS TO DISMISS (Dkts. 26, 27) WITHOUT PREJUDICE</u>**

Defendants filed motions to dismiss Plaintiff Joe Dasilva's initial complaint (Dkts. 26, 27). Dasilva timely filed an amended complaint, at least partially responding to deficiencies alleged in the motion to dismiss (Dkt. 29). Therefore, the pending motions to dismiss are dismissed without prejudice. Defendants must respond to the amended complaint within the timeframe prescribed by Federal Rule of Civil Procedure 15(a)(3).

    SO ORDERED.

Dated: March 8, 2021                                    s/Mark A. Goldsmith
  Detroit, Michigan                                MARK A. GOLDSMITH
                                                          United States District Judge