UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

v.

JOHN E. WHITLEY, in his official capacity as Acting Secretary of the Army, AND MARTIN POTTER, individually and in his official capacity as Assistant Chief of U.S. Army Detroit Arsenal Division,

    Defendants.

Civil No. 20-11358

Honorable Mark A. Goldsmith

## CERTIFICATION OF SCOPE OF EMPLOYMENT

Pursuant to 28 U.S.C. § 2679, and by virtue of the authority vested in the United States Attorney for the Eastern District of Michigan by the Attorney General under 28 C.F.R. § 15.3, and re-delegated to me by the administrative directive of the United States Attorney, I hereby certify:

1.    I have read the Amended Complaint in this action and all attachments thereto.

2.    On the basis of the information now available with respect to the incidents referred to therein, the individual federal Defendant, Martin Potter, was

acting within the scope of his employment as an employee of the U.S. Army Detroit Arsenal Fire Department at the time of such incidents.

        Saima S. Mohsin
        Acting United States Attorney

PETER CAPLAN
Digitally signed by PETER CAPLAN
Date: 2021.03.15 14:42:14 -04'00'

Peter Caplan (P30643)
Assistant U.S. Attorney
Chief, Civil Division
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9784
peter.caplan@usdoj.gov

Dated: March 15, 2021