U.S. District Court for the
Eastern District of Michigan

**Index of Exhibits**

1. 2017 EEO Counselor's Report

2. Settlement Agreement

3. 2018 EEO Counselor's Report

4. Email Adding Reprisal Claim

5. Formal Complaint

6. 12/26/18 Letter

7. AJ Decision

8. 2/17/21 Emails

9. Declaration of Shawn M. Sipes (Sipes Decl.)