## Kleehammer, Melissa M CIV USARMY ID-SUSTAINMENT (US)

**From:** Dasilva, Joe Jr CIV USARMY IMCOM CENTRAL (US)
**Sent:** Sunday, April 29, 2018 11:03 AM
**To:** Kleehammer, Melissa M CIV USARMY ID-SUSTAINMENT (US)
**Cc:** Porter, Robert G Jr CIV USARMY ID-SUSTAINMENT (US); jdasilva324@comcast.net
**Subject:** Reprisal (UNCLASSIFIED)
**Attachments:** Sharp Complaint.pdf
**Signed By:**

**Classification:** UNCLASSIFIED

CLASSIFICATION: UNCLASSIFIED

Ms. KLeehammer,

I'm sending you this email to officially file a Reprisal Complaint on A/C Martin Potter on 09 Feb, 2017 I filed a EEC Complaint on A/C Martin Potter that was resolved in a meeting with a mediator and Mr. Young. On 06 March 2017. I was told that A/C Martin Potter would stop making inappropriate comments to me. On April 03,2018 and in the summer of 2017 A/C Martin Potter has not stopped making inappropriate sexual comments I feel that this has caused me to refile my EEO complaint for Reprisal and Retaliation and that he has also been showing some disparate treatment towards me and has played a very big role in my evaluation at the end of the year. I have attached the original EEO complaint and the agreement that was signed by myself and Mr. Young on 3-16-2917 and the emails that show disparate treatment by A/C Potter.   I would like this matter to be looked into again I would like to let your office know that I have filed a sexual harassment complaint with SHARP that is currently being investigated at this time by the Garrison Manager and the investigating officer is Mr. Robert Porter.   I would like your help in putting this matter to rest again.  Thank you for your time in this matter.

Joe DaSilva Jr.
Firefighter/E.M.T/Driver Operator
Installation Management Command
USAG Detroit Arsenal
Building 205,
6501 East 11 Mile Rd.
Warren, Michigan, 48397

CLASSIFICATION: UNCLASSIFIED

1

000009