

RECEIVED
MK

**DEPARTMENT OF THE ARMY**
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON-DETROIT ARSENAL
6501 E. ELEVEN MILE ROAD
WARREN MI 48397-5000

JAN 1 0 2018

REPLY TO
ATTENTION OF:

Date 12/26/18

EEOC Detroit Field Office
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, MI 48226.

      Processing EEO Office:
         USAG-Detroit Arsenal
         IMMI-EE
         6501 E. 11 Mile Road, MS 400
         Warren, MI  48397-5000

Dear Sir or Madam,

I am requesting the appointment of an Equal Employment Opportunity commission
administrative judge pursuant to Title 29, Code of Federal Regulations (CFR), Party
1614.108(g).  I hereby certify that either more than <u>180 calendar days</u> have passed from the date
I filed my complaint(s) or I have received a notice from the Department of the Army that I have
<u>30 calendar days</u> to elect a hearing or a final Army decision.

My name:            JOE DASILVA JR

My address:

DA Docket Number(s):     ARDETROIT18MAY01583

In accordance with 29 CFR 1614.108(g), I have sent a copy of this request for a hearing to the
activity EEO officer at the address shown above.

                   Sincerely,

                   JOE DASILVA, JR.