## Anchill, Benjamin (USAMIE)

| | |
|---|---|
| **From:** | Dodge, Lynn (USAMIE) |
| **Sent:** | Friday, February 26, 2021 4:11 PM |
| **To:** | Anchill, Benjamin (USAMIE) |
| **Subject:** | FW: Dasilva v. Esper |

Here was the most recent

---

**From:** Keith Altman <kaltman@lawampmmt.com>
**Sent:** Wednesday, February 17, 2021 4:17 PM
**To:** 'Brian E. Koncius' <bkoncius@kbogaslaw.com>; Dodge, Lynn (USAMIE) <ldodge@usa.doj.gov>
**Subject:** RE: Dasilva v. Esper

We disagree and you may file your motions.

Chief Potter has been found responsible on two occasions for sexually harassing my client.  Why do you think that nobody should be responsible here?

Keith Altman
The Law Office of Keith Altman
516-456-5885
kaltman@lawampmmt.com
Licensed in California and Michigan

---

**From:** Brian E. Koncius <bkoncius@kbogaslaw.com>
**Sent:** Wednesday, February 17, 2021 4:13 PM
**To:** Dodge, Lynn (USAMIE) <Lynn.Dodge@usdoj.gov>; kaltman@lawampmmt.com
**Subject:** RE: Dasilva v. Esper

Keith -
Please consider Lynn's email our request for concurrence in the same relief as we will be filing a Motion to Dismiss and concurring in the relief sought by the US Attorney's office.
-bk

BRIAN E. KONCIUS
BOGAS & KONCIUS P.C.
 31700 TELEGRAPH ROAD, SUITE 160
BINGHAM FARMS, MI 48025
TELEPHONE 248.502.5000
FACSIMILE 248.502.5001

This communication along with any attachments is intended only for the use of the addressee and contains legally privileged and confidential information. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of any information contained in, or attached to, this communication is strictly prohibited and you are requested to contact the sender for instructions to return the document.

Please consider the environment before printing this e-mail.

**From:** Dodge, Lynn (USAMIE) [mailto:Lynn.Dodge@usdoj.gov]
**Sent:** Wednesday, February 17, 2021 10:42 AM
**To:** kaltman@lawampmmt.com
**Cc:** Brian E. Koncius
**Subject:** Dasilva v. Esper

Hi Keith,

Pursuant to Local Rule 7.1, I'm contacting you one last time to ask your concurrence in the motion to dismiss.

As we have discussed before, and I've sent you caselaw on the issue, the allegations in the complaint will likely be dismissed. I'm attaching the decision in the *Parker* case, in which similar allegations were attempted and the complaint was dismissed *with prejudice*. I would urge you to consider amending your complaint to conform with the caselaw on what the allegations should look like  My motion to dismiss is due tomorrow. If you would like to reconsider, we can agree to a scheduling order allowing you to amend your complaint before we file the motion.

Otherwise, please let me know if you will concur in the motion to dismiss.

Thanks for considering all of this.

Lynn Dodge

**Lynn M. Dodge | Assistant United States Attorney**
United States Attorney's Office | Eastern District of Michigan
211 W. Fort Street, Suite 2001 | Detroit, MI 48226
☎ Tel 313.226.0205 | ✉Email: lynn.dodge@usdoj.gov