**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| JOE DASILVA, JR., )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>JOHN E. WHITLEY, in his official )<br>capacity as the Acting Secretary of )<br>the Army; and MARTIN POTTER, )<br>individually and in his official capacity )<br>as Assistant Chief of U.S. Army Detroit )<br>Arsenal Fire Division; )<br>)<br>Defendants )<br>_____ | CASE NO. 2:20-cv-11358 |

**DECLARATION OF SHAWN M. SIPES**

I, Shawn M. Sipes, declare as follows:

1. I am a Legal Assistant, with the Operations and Records Branch, United States U.S. Army Claims Service, 4411 Llewellyn Avenue, Suite 5360, Fort George G. Meade, Maryland 20755-5125. In this capacity, I have access to records of all claims against the U.S. for which the Army has investigative responsibility. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related torts claims statutes.

2. A thorough search of all records available to this Service has found that no administrative claims under the Federal Tort Claims Act or other related tort claims statutes have been filed by **JOE DASILVA, JR.**

3. Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Shawn M. Sipes
Legal Assistant, Operations and Records
U.S. Army Claims Service

Executed this 11th day of March 2021, at Fort George G. Meade, Maryland.