UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

-vs-

MARK ESPER, individually and in his official capacity as Secretary of the U.S. Department of Defense; SEAN EDWARDS, individually and in his official capacity as Chief of U.S. Army Detroit Arsenal Fire Division; and MARTIN POTTER, Individually and in his official capacity as Assistant Chief of U.S. Army Detroit Arsenal Fire Division,

    Defendants.

_____/

Case No: 2:20-cv-11358
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

| | |
|---|---|
| THE LAW OFFICE OF<br>KEITH ALTMAN<br>KEITH ALTMAN (81702)<br>33228 W. 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>kaltman@lawampmmt.com<br>(516) 456-5885<br>Attorney for Plaintiff | SAIMA S. MOHSIN<br>Acting United States Attorney<br>Benjamin A. Anchill (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov<br><br>BOGAS & KONCIUS, PC<br>Kathleen L. Bogas (P25164)<br>Brian E. Koncius (P69278)<br>Attorneys for Defendant<br>Martin Potter, Only<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, Michigan 48025 |

               (248) 502-5000
               bkoncius@kbogaslaw.com
               office@kbogaslaw.com
_____/

## DEFENDANT'S MOTION TO DISMISS
## PLAINTIFF'S FIRST AMENDED COMPLAINT

  Defendant Martin Potter, by and through his counsel, Bogas & Koncius P.C., moves to dismiss the First Amended Complaint as against him where this Honorable Court lacks subject matter jurisdiction over some of Plaintiff's claims pursuant to Rule 12(b)(1) and Plaintiff fails to state a claim upon which relief may be granted pursuant to Rule 12(b)(6). Plaintiff's First Amended Complaint should therefore be dismissed with prejudice for the reasons set forth more fully in the brief in support of this Motion as filed by the United States Attorney's Office on behalf of the Federal Defendants in this matter. (Dkt. # 32)

  Pursuant to Local Rule 7.1, Defendant sought concurrence on this motion on March 18, 2021, but such concurrence was not given.

        Respectfully submitted,

        BOGAS & KONCIUS, P.C.
        Attorneys for Defendant
        Martin Potter

        By: /s/ Brian E. Koncius
           Brian E. Koncius (P69278)
           31700 Telegraph Road, Suite 160
           Bingham Farms, MI  48025
Dated: March 18, 2021    248.502.5000

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOE DASILVA, JR.,

      Plaintiff,

-vs-

MARK ESPER, individually and in his official capacity as Secretary of the U.S. Department of Defense; SEAN EDWARDS, individually and in his official capacity as Chief of U.S. Army Detroit Arsenal Fire Division; and MARTIN POTTER, Individually and in his official capacity as Assistant Chief of U.S. Army Detroit Arsenal Fire Division,

      Defendants.
_____/

Case No: 2:20-cv-11358
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

| | |
|---|---|
| THE LAW OFFICE OF KEITH ALTMAN<br>KEITH ALTMAN (81702)<br>33228 W. 12 Mile Road, Suite 375<br>Farmington Hills, MI 48334<br>kaltman@lawampmmt.com<br>(516) 456-5885<br>Attorney for Plaintiff | SAIMA S. MOHSIN<br>Acting United States Attorney<br>Benjamin A. Anchill (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov<br><br>BOGAS & KONCIUS, PC<br>Kathleen L. Bogas (P25164)<br>Brian E. Koncius (P69278)<br>Attorneys for Defendant<br>Martin Potter,<br>In his Individual Capacity, Only<br>31700 Telegraph Road, Suite 160 |

>Bingham Farms, Michigan 48025
>(248) 502-5000
>bkoncius@kbogaslaw.com
>office@kbogaslaw.com

_____/

## **DEFENDANT'S BRIEF IN SUPPORT OF HIS MOTION TO DISMISS**

Defendant Martin Potter concurs with and relies upon the Brief filed by the Federal Defendants in this matter and adopts its arguments as they relate to him as if fully set forth herein. (Dkt. # 32)

For the reasons stated therein, the Complaint fails to state a claim upon which relief may be granted and should thusly be dismissed with prejudice.

>Respectfully submitted,
>
>BOGAS & KONCIUS, P.C.
>Attorneys for Defendant
>Martin Potter, in his individual capacity only
>
>By: /s/ Brian E. Koncius
>    Brian E. Koncius (P69278)
>    31700 Telegraph Road, Suite 160
>    Bingham Farms, MI  48025
>    248.502.5000

Dated: March 18, 2021

4

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN      )
                                         ) SS
COUNTY OF OAKLAND    )

     BRIAN E. KONCIUS, hereby certify that on March 18, 2021 I electronically filed the foregoing documents with the Clerk of the Court using the ECF System which will send notification of such filing to the following: Keith Altman (81702) and Benjamin A. Anchill (P70968).

                                    /s/BRIAN E. KONCIUS_____
                                    BRIAN E. KONCIUS (P69278)
                                    Bogas & Koncius, PC
                                    Attorneys for Defendant POTTER,
                                    In his Individual Capacity Only
                                    31700 Telegraph Road, Suite 160
                                    Bingham Farms, MI  48025
                                    Phone: (248) 502-5000
                                    E-mail: bkoncius@kbogaslaw.com
                                              office@kbogaslaw.com

## LOCAL RULE CERTIFICATION

I, Brian E. Koncius, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

                                                  *s/Brian E. Koncius*
                                                  BRIAN E. KONCIUS
                                                  Bogas & Koncius, PC