UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                            Plaintiff(s),

v.                                                     Case No. 2:20−cv−11358−MAG−APP
                                                       Hon. Mark A. Goldsmith

Mark Esper, et al.,

                            Defendant(s),

### NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE: March 26, 2021 at 09:30 AM

    The conference shall be initiated by counsel using the provided dial−in information.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:** The parties shall call into (877) 336−1274 and use access code: 9602327

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/K Sandusky
                                                                 Case Manager

Dated: March 23, 2021