# Anchill, Benjamin (USAMIE)

| | |
|---|---|
| **From:** | Keith Altman <kaltman@lawampmmt.com> |
| **Sent:** | Friday, March 19, 2021 11:47 AM |
| **To:** | Benjamin_Bennett@mied.uscourts.gov; Benjamin Bennett; bkoncius@kbogaslaw.com; Dodge, Lynn (USAMIE); Anchill, Benjamin (USAMIE) |
| **Cc:** | Karri Sandusky |
| **Subject:** | Re: 2:20-cv-11358-MAG-APP - Dasilva, Jr. v. Esper et al |

Plaintiff objects to the order. Seems to me that a discussion should have taken place before such an order was proposed. That never happened.

I'm willing to have a discussion with counsel.

Keith

Sent from Yahoo Mail on Android

On Fri, Mar 19, 2021 at 11:23 AM, Benjamin Bennett <Benjamin_Bennett@mied.uscourts.gov> wrote:

Dear Counsel,


The United States Attorney submitted the attached proposed order. Are there any objections to its entry?


Sincerely,

Ben Bennett


Ben Bennett

Law Clerk to Hon. Mark Goldsmith, U.S. District Judge

Eastern District of Michigan

231 W. Lafayette Blvd.

Detroit, MI 48226

313.234.5244