UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA

        Plaintiff,                                  Case No. 20-11358

vs.

                                                 HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

        Defendants.

_____/

## ORDER DIRECTING PLAINTIFF JOE DASILVA TO FILE A RESPONSE TO DEFENDANTS' MOTIONS TO DISMISS (Dkts. 32, 33)

In its order issued on March 26, 2021, the Court adjourned the deadline for Plaintiff Joe Dasilva to file a response to Defendants' pending motions to dismiss. 3/26/21 Order (Dkt. 36). The Court now directs Dasilva to file a response to Defendants' pending motions to dismiss on or before November 19, 2021. Defendants' reply is due on or before December 8, 2021.

        SO ORDERED.

Dated: October 29, 2021                  s/Mark A. Goldsmith
      Detroit, Michigan                MARK A. GOLDSMITH
                                                United States District Judge