UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.

    Plaintiff,

v                                                       Case No. 20-11358
                                                      HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

    Defendants.
_____/

## ORDER STRIKING STIPULATION

On November 18, 2021, a stipulation was filed [Dkt. 43].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #43] is STRICKEN.

SO ORDERED.

Dated: November 19, 2021                  s/Mark A. Goldsmith
     Detroit, Michigan                     MARK A. GOLDSMITH
                                             United States District Judge