UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                          Plaintiff(s),

v.                                             Case No. 2:20−cv−11358−MAG−APP
                                                                Hon. Mark A. Goldsmith

Mark Esper, et al.,

                          Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE: November 29, 2021 at 02:00 PM

    The conference shall be initiated by counsel using the provided dial−in information..

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

    **ADDITIONAL INFORMATION:** The parties shall call into (877)336−1274 and use access code: 9602327

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Erica L Parkin
                                                           Acting in the absence of Karri Sandusky

Dated: November 24, 2021