UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff(s),

v.

MARK ESPER, et al.,

    Defendant(s).

Case No. 20-11358

HON. MARK A. GOLDSMITH

___

**ORDER STRIKING DOCUMENT (Dkt. 47 )**

The Court has reviewed the following document: Defendants' reply (Dkt. 47 ). The Court finds that it should be stricken for the following reason(s):

☒ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Defendants' reply (Dkt 47) does not certify compliance with LR 5.1(a), as required by the Court's 6/2/20 order (Dkt. 5).

Accordingly, the Court strikes the document. Defendants shall file a corrected document that complies with all requirements on or before February 3, 2022.

SO ORDERED.

Dated: February 1, 2022
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 1, 2022.

s/Karri Sandusky
Karri Sandusky
Case Manager