UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

v.

CHRISTINE WORMUTH,
Secretary of the Army, and MARTIN
POTTER, in his individual capacity,

    Defendants.

Civil No. 20-11358

Honorable Mark A. Goldsmith

## STIPULATED RULE 502(D) ORDER

(A) Inadvertent production of privileged information does not waive or otherwise compromise any applicable privilege or preclude the party from asserting privilege claims after production. The party recalling an inadvertent production shall request in writing the return or destruction of such information and shall, within 14-calendar days of its request, produce a privilege log disclosing all applicable assertions of privilege for the recalled production. Upon receipt of the written request, the recipient party shall comply with the producing party's request to cease review of the inadvertent production and return or destroy the inadvertent production, regardless of whether the recipient party intends to file a motion to compel production of the recalled production, in whole or in part.

(B) The party recalling an inadvertent production shall pay the costs of complying with its request, if any, including electronic discovery support staff and paralegal time, but not including attorney time.

IT IS SO ORDERED.

Dated:  February 24, 2022
       Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

SO STIPULATED AND AGREED:

LAW OFFICE OF KEITH ALTMAN

*/s/ Keith Altman (w/consent)*
KEITH ALTMAN (P81702)
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*

Dated: February 23, 2022

DAWN N. ISON
UNITED STATES ATTORNEY

*/s/ Benjamin A. Anchill*
BENJAMIN A. ANCHILL (P70968)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9566
benjamin.anchill@usdoj.gov

*Attorneys for Defendant Wormuth*

Dated: February 23, 2022


BOGAS & KONCIUS, PC

*/s/ Brian E. Koncius (w/consent)*
BRIAN E. KONCIUS (P69278)
31700 Telegraph Road, Suite 160
Bingham Farms, Michigan 48025
(248) 502-5000
bkoncius@kbogaslaw.com

office@kbogaslaw.com

*Attorneys for Defendant Potter in his individual capacity only*

Dated: February 23, 2022