UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.

      Plaintiff,

v                                                    Case No. 20-11358
                                                     HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

      Defendant.
_____/

## ORDER STRIKING STIPULATION

On March 8, 2022 a stipulation was filed [Dkt. 58].

Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 12(a), a proposed **stipulation and order** must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. #58] is STRICKEN.

SO ORDERED.

Dated: March 8, 2022                                s/Mark A. Goldsmith
      Detroit, Michigan                        MARK A. GOLDSMITH
                                                   United States District Judge