UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

      Plaintiff,                                 Case No. 20-11358
vs.                                              HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

      Defendants.
_____/

**<u>ORDER SETTING TELEPHONIC STATUS CONFERENCE</u>**

      The Court will conduct a telephonic status conference in the above-captioned matter on July 25, 2022, at 4:30 p.m. The parties shall call into (877) 336-1274 and use access code: 9602327. An email will be sent to counsel with the security code.

      Prior to the status conference, the parties shall meet and confer regarding the following items, which the Court will discuss during the call: (i) the timing and status of any settlement discussions, (ii) possible alternative dispute resolution (ADR), (iii) the identity of the proposed person(s) to preside at the ADR proceeding, and (iv) the date by which ADR will be completed. <u>See</u> E.D. Mich. LR 16.3-16.7 (effective February 1, 2015).

      SO ORDERED.

Dated: June 25, 2022                       s/Mark A. Goldsmith
     Detroit, Michigan                 MARK A. GOLDSMITH
                                             United States District Judge