UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,                               Civil No. 20-11358

v.                                        Honorable Mark A. Goldsmith

CHRISTINE WORMUTH,             Magistrate Judge Anthony P. Patti
Secretary of the Army, and MARTIN
POTTER, in his individual capacity,

    Defendants.

---

**STIPULATION AND ORDER EXTENDING THE TIME TO FILE LAY WITNESS LISTS AND EXHIBIT LISTS**

---

It is stipulated by and between the parties, through their undersigned attorneys, that the deadline to file lay witness lists and exhibit lists is extended from July 22, 2022, to September 7, 2022.

SO ORDERED.

Dated: July 25, 2022

                                                 s/Mark A. Goldsmith
                                                 MARK A. GOLDSMITH
                                                 United States District Judge

Stipulated and Agreed:

| | |
|---|---|
| LAW OFFICE OF KEITH ALTMAN | DAWN N. ISON<br>United States Attorney |
| *s/Keith Altman*<br>Keith Altman (P81702)<br>33228 West 12 Mile Road<br>Suite 375<br>Farmington Hills, MI 48331<br>(248) 987-8929<br>keithhaltman@kaltmanlaw.com | *s/Benjamin A. Anchill*<br>Benjamin A. Anchill (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant Wormuth* |
| | BOGAS & KONCIUS, P.C.<br><br>*s/ Brian E. Koncius*<br>Brian E. Koncius (P69278)<br>Bogas & Koncius P.C.<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, MI 48025<br>(248) 502-5000<br>bkoncius@kbogaslaw.com |
| Dated: July 22, 2022 | *Attorneys for Defendant Potter in his individual capacity only* |