UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

v                                                    Case No. 20-CV-11358
                                                    HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

    Defendants.
_____/

## ORDER OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE

    IT IS ORDERED that this matter is referred to United States Magistrate Judge **Anthony Patti** pursuant to 28 U.S.C. § 636(b)(3), for the following purpose:

- Conduct an Early Settlement Conference.

Dated:  July 26, 2022                         s/Mark A. Goldsmith
          Detroit, Michigan                  MARK A. GOLDSMITH
                                                  United States District Judge

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 26, 2022.

                                                                           s/D. Tofil
                                                                           Case Manager