UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

            Plaintiff(s),

v.                                   Case No. 2:20−cv−11358−MAG−APP
                                      Hon. Mark A. Goldsmith

Mark Esper, et al.,

           Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 672, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  October 18, 2022 at 01:30 PM

**ADDITIONAL INFORMATION:**   Please see Magistrate Judge Anthony P. Patti's practice guidelines for SETTLMENT CONFERENECES, which can be found at http://www.mied.uscourts.gov/.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                       By: s/J. Owens
                                                           Acting in the absence of Michael Williams

Dated:   July 27, 2022