UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,                              Civil No. 20-11358

v.                                       Honorable Mark A. Goldsmith

CHRISTINE WORMUTH,
Secretary of the Army, and MARTIN
POTTER, in his individual capacity,

    Defendants.

## DEFENDANT WORMUTH'S LAY WITNESS LIST

Defendant Christine Wormuth, by Dawn N. Ison, United States Attorney for the Eastern District of Michigan, and Benjamin A. Anchill, Assistant United States Attorney, identifies the following lay witnesses that she will or may call at trial in this case.

1. Joe DaSilva, plaintiff

2. Joseph Moscone, former DTA Garrison Manager and current FMWR Director at Aberdeen Proving Ground

3. Carrie Mead, DTA Garrison Manager

4. Arthur Young, Director of Operations at DTA

5. Sean Edwards, Fire Chief of Fort Detrick Maryland

6.  Michael Ball, Deputy Fire Chief NAS Key West

7.  Martin Potter, Fire Chief of DTA

8.  Lesley Tillman, Assistant Fire Chief

9.  Adam Todd, Assistant Fire Chief

10. Matthew Kumlin, Captain

11. Shane Biehl, Captain

12. Jeremy DeArmon, Captain

13. Matthew Scibilia, Captain

14. Michael J. Fern, Inspector

15. Jonathan Perkins, Firefighter/Driver Operator

16. Matthew Holtyn, Firefighter/Driver Operator

17. Jeremy Bowie, Firefighter/Driver Operator

18. David Ferris, Firefighter

19. Bruce Kubiny, Firefighter

20. Jeffrey Hall, Captain

21. Scott Magowan, Firefighter

22. Steve Ashwell, Firefighter

23. Robert Porter, Director of Human Resources, Installation Management Command, United States Army Garrison-Detroit Arsenal

24. Christopher Hervey, Labor Relations Specialist

25. Shawn Sipes, Legal Assistant with Operations and Records Branch, U.S. Army Claims Service

26. Record custodians of U.S. Army

27. Plaintiff's treating physicians and medical providers, whose names appear in documents produced by Plaintiff and in documents received by Defendant through third-party subpoenas, including Dr. Greg Steinfdoerger

28. Record custodians of Plaintiff's treating physicians and medical providers.

29. All necessary agents, representatives, records custodians and/or other personnel associated with the Internal Revenue Service and Social Security Administration.

30. Any and all employees, agents, representatives, and/or keeper of the records of any and all employers of Plaintiff.

31. Individuals identified by Plaintiff in response to Defendant's discovery requests.

32. Individuals identified in the EEO investigations of Plaintiff's claims.

33. Individuals identified in the SHARP investigation pertaining to Plaintiff's sexual harassment claim.

34. Individuals identified in the depositions in this case.

35. Individuals identified in Plaintiff's witness list(s).

36. Individuals identified in Plaintiff's initial disclosures and any amendments thereto.

37. Individuals identified by Plaintiff as allegedly being similarly situated to Plaintiff but treated more favorably than Plaintiff.

38. Individuals retained to rebut any expert testimony relied on by Plaintiff.

39. Individuals identified in any document produced in discovery in this case.

40. Records custodians required to authenticate or establish a foundation for any exhibit.

Discovery is ongoing. Defendant reserves the right to amend this witness list as additional witnesses are potentially revealed in the discovery process.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*/s/ Benjamin A. Anchill*
Benjamin A. Anchill (P70968)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9566
Dated: September 7, 2022       benjamin.anchill@usdoj.gov

## CERTIFICATION OF SERVICE

I certify that on September 7, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the ECF participants in this case.

                                        *s/Benjamin A. Anchill*
                                        BENJAMIN A. ANCHILL
                                        Assistant U.S. Attorney