UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOE DASILVA, JR., <br> *Plaintiff,* <br><br> v. <br><br> CHRISTINE WORMUTH, Secretary of the Army, and MARTIN POTTER, in his individual capacity; <br> *Defendants.* | Case No: 2:20-cv-11358 <br> Hon. Mark A. Goldsmith <br> Magistrate Anthony P. Patti |

## PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES

**NOW COMES** Plaintiff JOE DASILVA, JR. by and through his attorneys, with this Unopposed Motion to Extend Discovery Deadlines, and hereby states the following:

1. Plaintiffs commenced this action by filing their Complaint, alleging violations of their civil rights under 42 U.S.C. §§ 1983 and 1988, the First, Fourth and Fourteenth Amendments to the United States Constitution, Title VII of the Civil Rights Act of 1964 and the Elliott-Larsen Civil Rights Act., on May 28, 2020. ECF 1. The ELCRA claim has been dismissed.

2. A Case Management and Scheduling Order was entered on April 1, 2022. ECF 60.

3. The Scheduling Order listed the discovery cut off as September 26, 2022.

4. The parties remain in active discovery.

5. Plaintiff has noticed the depositions of three witnesses in October 2022.

6. Further, a motion regarding discovery is pending with this Court. The motion seeks, among other things, an order to permit Plaintiff's deposition, which began on September 7, 2022, to resume after it was prematurely terminated. Under the current discovery deadline, once the motion is fully briefed the discovery deadline will have passed without the requested extension.

7. Extending the discovery deadline will allow both parties to further gather discovery documents and complete the needed depositions.

8. This is the first extension requested by the parties. The parties have been, and will continue to work diligently on the case.

9. The parties respectfully request that the discovery deadline be extended to November 18, 2022.

10. The parties also respectfully request a corresponding extension of the remaining case deadlines, including the dispositive motion deadline.

WHEREFORE Plaintiffs respectfully request that this Honorable Court grant their motion and enter an order extending case deadlines.

Date: September 15, 2022					Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOE DASILVA, JR.,<br>*Plaintiff,*<br><br>v.<br><br>CHRISTINE WORMUTH,<br>Secretary of the Army, and<br>MARTIN POTTER, in his<br>individual capacity;<br>*Defendants.* | Case No: 2:20-cv-11358<br>Hon. Mark A. Goldsmith<br>Magistrate Anthony P. Patti |

## **PROPOSED ORDER**

Having come before the Court on Plaintiff's Unopposed Motion for Extension of Discovery Deadlines, it is hereby ordered:

The discovery deadline shall be extended to November 18, 2022. The dispositive motion deadline shall be extended to January 13, 2023.

ENTERED this _____ day of _____, 2022.

_____
Hon. Mark A. Goldsmith
United States District Judge

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOE DASILVA, JR.,<br>*Plaintiff,*<br><br>v.<br><br>CHRISTINE WORMUTH, Secretary of the Army, and MARTIN POTTER, in his individual capacity;<br>*Defendants.* | Case No: 2:20-cv-11358<br>Hon. Mark A. Goldsmith<br>Magistrate Anthony P. Patti |

## CERTIFICATE OF SERVICE

I certify that on September 15, 2022, I served the foregoing Plaintiff's Unopposed Motion to Extend Discovery Deadlines upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
*Attorneys for Plaintiff*

5