UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                Plaintiff(s),

v.                                        Case No. 2:20–cv–11358–MAG–APP
                                             Hon. Mark A. Goldsmith

Mark Esper, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Anthony P. Patti at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 672, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  October 18, 2022 at 01:30 PM

**ADDITIONAL INFORMATION:**   Settlement statements are due by 10/11/22. Please refer to Judge Patti's Settlement Conference Practice guidelines available at https://www.mied.uscourts.gov/index.cfm?pageFunction=chambers&judgeid=51

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: s/Leanne Hosking
                                                        Case Manager

Dated:  October 5, 2022