UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,　　　　　　　　　　　　Civil No. 20-11358

v.　　　　　　　　　　　　　　　　　Honorable Mark A. Goldsmith

CHRISTINE WORMUTH,　　　　　　Magistrate Judge Anthony P. Patti
Secretary of the Army, and MARTIN
POTTER, in his individual capacity,

    Defendants.

**STIPULATION AND ORDER TO RESCHEDULE VIDEO HEARING**

It is stipulated by the parties, through their undersigned counsel, that the hearing currently scheduled for October 7, 2022 at 1:00 p.m. shall be rescheduled to a date and time that is convenient for the Court due to counsel being on leave on the afternoon of October 7, 2022.

    SO ORDERED.

Dated:  October 6, 2022　　　　　　　s/Mark A. Goldsmith
     Detroit, Michigan　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　United States District Judge

Stipulated and Agreed:

| | |
|---|---|
| LAW OFFICE OF KEITH ALTMAN | DAWN N. ISON<br>United States Attorney |
| *s/Keith Altman*<br>Keith Altman (P81702)<br>33228 West 12 Mile Road<br>Suite 375<br>Farmington Hills, MI 48331<br>(248) 987-8929<br>keithaltman@kaltmanlaw.com | *s/Benjamin A. Anchill*<br>Benjamin A. Anchill (P70968)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, Michigan 48226<br>(313) 226-9566<br>benjamin.anchill@usdoj.gov |
| *Attorney for Plaintiff* | *Attorneys for Defendant Wormuth* |
| | BOGAS & KONCIUS, P.C. |
| | *s/ Brian E. Koncius*<br>Brian E. Koncius (P69278)<br>Bogas & Koncius P.C.<br>31700 Telegraph Road, Suite 160<br>Bingham Farms, MI 48025<br>(248) 502-5000<br>bkoncius@kbogaslaw.com |
| Dated: October 4, 2022 | *Attorneys for Defendant Potter in his individual capacity only* |