<strong>U.S. District Court for the<br>Eastern District of Michigan</strong>

<strong><u>Index of Exhibits</u></strong>

1. Rule 30(b)(6) Deposition Notice dated 9/15/22

2. 9/21/22 Correspondence

3. Rule 30(b)(6) Deposition Notice dated 10/25/22

4. Emails