UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

       Plaintiff,                                  Civil Action No. 20-11358

vs.

                                                      HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

       Defendants.
_____/

**ORDER (1) DIRECTING PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER (Dkt. 77) AND (2) SETTING HEARING ON DEFENDANT'S MOTION TO COMPEL (Dkt. 69) AND MOTION FOR PROTECTIVE ORDER (Dkt. 77)**

       Defendant Christine Wormuth has filed a motion for a protective order (Dkt. 77). Plaintiff Joe DaSilva, Jr. shall file a response to the motion on or before November 7, 2022.

       The Court will hold a hearing by video conference on the motion for a protective order and on Defendant Christine Wormuth's motion to compel (Dkt. 69) on November 10, 2022 at 10 a.m. Instructions for attending the hearing will follow by separate notice.

       SO ORDERED.

Dated: November 3, 2022                                  s/Mark A. Goldsmith
   Detroit, Michigan                                   MARK A. GOLDSMITH
                                                      United States District Judge