UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

       Plaintiff,                                  Civil Action No. 20-11358

vs.

                                            HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

       Defendants.
_____/

**ORDER (1) GRANTING DEFENDANT CHRISTINE WORMUTH'S MOTION TO COMPEL DISCOVERY, TO PERMIT PLAINTIFF'S DEPOSITION TO RESUME, AND FOR AN ENLARGEMENT OF THE PRESUMPTIVE SEVEN-HOUR LIMIT ON PLAINTIFF'S DEPOSITION (Dkt. 69), (2) GRANTING DEFENDANT CHRISTINE WORMUTH'S MOTION FOR PROTECTIVE ORDER (Dkt. 77), AND (3) AMENDING THE CASE MANAGEMENT AND SCHEDULING ORDER**

      For the reasons stated on the record at the November 10, 2022 hearing, the Court grants Defendant Christine Wormuth's motion to compel discovery, to permit Plaintiff's deposition to resume, and for an enlargement of the presumptive seven-hour limit on Plaintiff's deposition (Dkt. 69), and it grants Wormuth's motion for a protective order (Dkt. 77). Defendants shall have an additional six hours for Plaintiff's deposition.

      In addition, the Court amends the dates in the Case Management and Scheduling Order (CMO) (Dkt. 74) as follows. The deadline for expert and fact discovery is extended to December 6, 2022. The deadline for dispositive motions and motions to limit/exclude expert testimony is extended to December 19, 2022. All other dates in the CMO remain unchanged.

      SO ORDERED.

Dated: November 14, 2022                              s/Mark A. Goldsmith
     Detroit, Michigan                                      MARK A. GOLDSMITH
                                                                    United States District Judge