UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

       Plaintiff,                                      Civil Action No. 20-11358

vs.

                                                        HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

       Defendants.
_____/

## ORDER DENYING DEFENDANT CHRISTINE WORMUTH'S UNOPPOSED MOTION TO ADJOURN THE DISPOSITIVE MOTION DEADLINE (Dkt. 87)

This matter is before the Court on Defendant Christine Wormuth's unopposed motion (Dkt. 87) to adjourn the December 19, 2022 dispositive motion deadline pending the Court's decision on Plaintiff Joe Dasilva, Jr.'s motion for leave to amend the complaint (Dkt. 86).

This case is set for trial on June 19, 2023, and the Court must rule on any dispositive motions well before that date. If the Court grants Plaintiff's motion for leave to amend the complaint, it will address in connection with that motion any issue of prejudice to the Government. Accordingly, the Court denies the motion to adjourn the dispositive motion deadline.

      SO ORDERED.

Dated: December 15, 2022                                s/Mark A. Goldsmith
      Detroit, Michigan                                    MARK A. GOLDSMITH
                                                              United States District Judge