U.S. District Court for the
Eastern District of Michigan

**Index of Exhibits**

1. Excerpts from the deposition transcript of Joe DaSilva, Jr., dated September 7, 2022

2. Declaration of Martin Potter, dated December 16, 2022

3. Declaration of Shane Biehl, dated December 15, 2022

4. Declaration of Michael Fern, dated December 16, 2022

5. Declaration of Adam Todd, dated December 15, 2022

6. Declaration of Leslie Tillman, dated December 16, 2022

7. 9/1/15 Memo

8. Declaration of Jill Bramer, dated December 15, 2022

9. 3/7/17 Memo

10. 2017 EEO Counselor's Report

11. Settlement Agreement

12. Excerpts from the deposition transcript of Martin Potter, dated November 9, 2022

13. SHARP Investigation Results

14. Excerpts from the deposition transcript of Arthur J. Young, Jr., dated November 9, 2022

15. 6/4/18 Counseling Letter

16. 2018 EEO Counselor's Report

17. 2018 EEO Formal Complaint

18. ALJ Decision

19. 2017 Evaluation