

**DEPARTMENT OF THE ARMY**
INSTALLATION MANAGEMENT COMMAND
HEADQUARTERS, UNITED STATES ARMY GARRISON-DETROIT ARSENAL
6501 E. ELEVEN MILE ROAD
WARREN MI 48397-5000

REPLY TO
ATTENTION OF

01 September 2015

IMMI-ESF

MEMORANDUM FOR: Joe DaSilva Jr

SUBJECT: Informal Counseling Regarding Un-welcomed Contact

Mr. Joe DaSilva during our building inspection on 8/17/2015 upon greeting Jill Bramer the fire warden for building 210, you unwelcomingly reached out and rubbed her (pregnant) stomach area asking her "when the baby is due". This type of greeting/behavior is highly inappropriate. I also understand that Jill immediately told you "don't touch me or stop touching me". It is my understanding that you immediately did stop touching her and went on with the inspection as scheduled. This incident was confirmed by a witness that was present.

Our professional relationships with tenants and employees on the installation is instrumental in our success. Your poor judgement in your greeting has had a detrimental effect on how our Fire Department is perceived as professionals. Please remember that your behavior on or off the installation directly reflects on our department and all of its members. This type of behavior/contact is unacceptable and will not be tolerated.

I sincerely hope and believe after this conversation that you understand that the only appropriate greeting is a simple hello or a professional hand shake. I expect no further incidents of unwelcomed touching while out representing our department/organization.

Please consider this a warning that future occurrences may result in the initiation of formal disciplinary action. Please acknowledge receipt of this memo by signing and dating below.

Michael S Ball
Assistant Chief of Operations

I acknowledge receipt of this memo.

Joe DaSilva Jr          01 September 2015

DEF-1206