UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,

v.

CHRISTINE WORMUTH,
Secretary of the Army, and MARTIN
POTTER, in his individual capacity,

    Defendants.

Civil No. 20-11358

Honorable Mark A. Goldsmith

Magistrate Judge Anthony P. Patti

## DECLARATION OF JILL BRAMER

1. My name is Jill Bramer. In 2015, I was a Chemist at the Tank Automotive, Research, Development, and Engineering Center (TARDEC). TARDEC, now called Ground Vehicle Systems Center (GVSC), is a tenant organization located at the Detroit Arsenal. Specifically, I work in Building 210. TARDEC's mission is engineering, research and development.

2. In August of 2015, I was 8 months pregnant. While standing in the hall outside of my office, Mr. DaSilva approached me and touched my pregnant stomach. The touching was unwelcome. I was floored and shocked. I do not recall how I reacted in the moment, but I likely backed away. I complained afterwards.

3. At the time this happened, I knew Mr. DaSilva professionally but we did not have a personal relationship and were not friends.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/15/2022

JILL BRAMER