

**DEPARTMENT OF THE ARMY**
INSTALLATION MANAGEMENT COMMAND
**HEADQUARTERS, UNITED STATES ARMY GARRISON-DETROIT ARSENAL**
**6501 E. ELEVEN MILE ROAD**
**WARREN MI  48397-5000**

REPLY TO
ATTENTION OF

IMMI-ESF                                                                                    7 March 2017

MEMORANDUM FOR RECORD

SUBJECT

1.  I received a statement from Mr. Ulman on 8 February 2017 regarding statements Mr. DaSilva had made pertaining to management. These statements were derogatory in nature.

2.  I interviewed Mr. Ulman regarding the incident and the nature of the conversation. He stated the conversation took place in the kitchen area between Mr. DaSilva and Mr. Perkins.

3.  I interviewed Mr. Perkins and he confirmed the conversation and the derogatory comments about management. I asked Mr. Perkins to write a statement regarding the conversation and submit it me when complete. I received Mr. Perkin's statement on 3 March 2017.

4.  I met with Mr. DaSilva on 7 March 2017 to discuss the comments. He admitted to saying the comments, but felt it was a personal conversation between Mr. Perkins and himself. I let him know that Mr. Ulman was present and found the conversation offensive and reported the conduct. I advised Mr. DaSilva to discontinue this behavior and further acts of this nature may result in formal punishment. Mr. DaSilva stated he understood, but then went on to say he hears comments of this nature on a regular basis. He would not give specifics regarding those statements.

5.  Statements from Mr. Ulman and Mr. Perkins are attached.


/////Signed\\\\\
Martin G. Potter
Asst. Chief, Fire and Emergency Services

<u>000147</u> DEF-0878

On February 7th while sitting in the kitchen, Firefighter DaSilva sat down across from me and voiced his displeasure about a situation involving Chief Edwards.  During the span of his statements, Firefighter DaSilva made his opinion known of his feelings about management to include calling the Assistant Chiefs "snakes".  As Firefighter DaSilva continued on with his statements the disparaging remark of calling management "F$#@ing dumb asses". This conversation was held with others within arm's length of the kitchen table.  It is at this time that I cannot recall the individuals that where around.

Firefighter,

Jonathan Perkins

000148   DEF-0879

Witness Statement


On 7 February, 2017, I witnessed Firefighter DaSilva talk to FF Perkins regarding being a witness to an alleged statement Chief Edwards made. This conversation took place in the kitchen of the fire station where everyone could hear it. In that conversation, Mr. DaSilva stated that management were "f---ing dumb asses", and on another occasion on the same day, called management "snakes". Through my year here at the Detroit Arsenal Fire Department, I have heard him say despairing remarks about captains and assistant chiefs. His comments are degrading and do not reflect the core values of the United States Army. FF DaSilva's repeated comments are a threat to leadership, morale, and makes it a hostile work environment. His continuous fight against authority and comments about other firefighters make working with him very difficult. These are my official comments and I stand witness to them.



Cary David Ulman

Firefighter/EMT

US Army Garrison-Detroit Arsenal

000149   DEF-0880