IMMI-ES                                                                                      4 JUNE 2018

MEMORANDUM FOR Martin Potter, Asst. Chief of Operations, Fire Protection and Prevention Division, Directorate of Emergency Services.

SUBJECT: Letter of Counseling – Unprofessional Conduct

1. The purpose of this memorandum for record is to inform you that I am issuing a warning due to an inappropriate comment you made to Firefighter DaSilva.

2. On 5 April 2018, a Commander's Critical Information Report was received that you made inappropriate comments of a sexual nature to Mr. Joe DaSilva.

3. The investigation concluded that on 3 April 2018 you asked Firefighter DaSilva, a subordinate in grade and position, about the cost of breast implants. This conversation occurred in the Fire Station kitchen while you were in a duty status and was witnessed by others. Firefighter DaSilva was offended by your comments as he perceived this comment to be a reference to his body shape.

4. Please understand that allegations of sexual harassment are taken very seriously and comments such as this, will not be tolerated. As a reminder, unlawful harassment includes unwelcome intimidation, ridicule, insults, comments, derisive communication, gestures, and/or physical threat based on race, color, religion, sex (whether or not of a sexual nature), national origin, age, disability, sexual orientation, or retaliation. All personnel are prohibited from engaging in conduct that could be perceived as unlawful harassment.

5. As a supervisor, you are expected to provide positive leadership and set the example for all employees under your supervision. You are responsible for establishing and maintaining positive expectations and attitudes, which produce the setting for positive attitudes and effective work behaviors. Comments like this negatively impact the team's morale and productivity.

6. In the future it is expected that you provide in an environment free of harassment, and/or inappropriate comments. Offensive conduct constitutes harassment if it alters the conditions of the victim's employment either by culminating in a tangible employment action or by being sufficiently severe or pervasive to create a hostile work environment. As a result of your comment, I am directing you to take Sensitivity Training and Supervisory EEO Training by 5 July 2018.

7. Please consider this a warning that future occurrences may result in the initiation of formal disciplinary action. Please acknowledge receipt of this memo by signing and dating below.

YOUNG.ARTHUR.JOSEPH.JR.1097658940
Digitally signed by YOUNG.ARTHUR.JOSEPH.JR.1097658940
Date: 2018.06.04 08:43:13 -04'00'

ARTHUR J. YOUNG, JR.
Director, Emergency Services

I acknowledge receipt of the original of this memorandum.

_____        4 Jun 2018
Martin Potter                  Date

DEF-0976