# FORMAL COMPLAINT OF DISCRIMINATION

For use of this form, see AR 690-600; the proponent agency is OSA

## PRIVACY ACT STATEMENT (5 U.S.C. §552a)

**AUTHORITY:** Public Law 92-261

**PRINCIPAL PURPOSE:** Used for formal filing of complaints of discrimination because of race, color, national origin, religion, sex, age, physical or mental disability, and/or reprisal by Department of the Army civilian employees, former employees, applicants for employment, and some contract employees.

**ROUTINE USES:** Information will be used (a) as a data source for complaint information for production of summary descriptive statistics and analytical studies of complaints processing and resolution efforts; (b) to respond to general requests for information under the Freedom of Information Act; (c) to respond to requests from legitimate outside individuals or agencies (Congress, White House, Equal Employment Opportunity Commission) regarding the status of an EEO complaint or appeal; or (d) to to adjudicate an EEO complaint or appeal.

**DISCLOSURE:** Voluntary, however, failure to complete all appropriate portions of the form may lead to rejection of complaint on the basis of inadequate data on which to continue processing.

| 1. NAME (Last, First, Middle Initial) | 2. SOCIAL SECURITY NUMBER | 3. HOME TELEPHONE NUMBER |
|---|---|---|
| DASILVA JOE JR. | [redacted] | [redacted] |

| 4. HOME ADDRESS | 5. DO YOU CURRENTLY WORK FOR THE FEDERAL GOVERNMENT? |
|---|---|
| [redacted] | ☐ NO   ☒ YES (If yes, complete 6, 6a, 6b, 7 and 8.) |

| 6. NAME OF AGENCY WHERE CURRENTLY EMPLOYED | 6a. WORK TELEPHONE NUMBER |
|---|---|
| US GOVERNMENT DEPARTMENT OF THE ARMY DETROIT ARSENAL FIRE DEPARTMENT | (685)282-6448 |

| 6b. EMPLOYER'S ADDRESS (Complete information to include office symbol). | 7. PAY PLAN/SERIES/GRADE |
|---|---|
| 6501 EAST 11 MILE ROAD WARREN, MI 48397-5000 | GS 07/07 |
| | 8. CURRENT JOB TITLE |
| | DRIVER OPERATOR/FIRE FIGHTER. E.M.T. |

## SECTION I - COMPLAINT INFORMATION

**9. REASON YOU BELIEVE YOU WERE DISCRIMINATED AGAINST** (Check below all that apply. Identify specific race, color, sex, age, religion, national origin, and/or disability.)

☒ RACE  WHITE       ☐ COLOR _____       SEX ☒ Male ☐ Female       ☒ AGE  51

DATE OF BIRTH  1967[redacted]       ☒ NATIONAL ORIGIN  BRAZILIAN       ☒ RELIGION  CATHLIC

DISABILITY ☐ Mental _____       ☐ Physical _____       ☐ REPRISAL _____
(Date(s) and type of prior EEO activity)

**10. EXPLAIN WHEN AND HOW YOU WERE DISCRIMINATED AGAINST** (If your complaint involves more than one basis of alleged discrimination, list and number each basis separately and provide specific factual information in support of each allegation of discrimination. If necessary, continue on page 2.)

On April 03,2018 Assistant Fire Chief Martin Potter made several harassing comments against me of an unwanted sexual nature such as " how much do breast implants cost" and remarks that I should be able to wear a "B-cop Bra". and before that he has also made statements last summer that " I should do the pencil test I bet you can hold a pencil under your those tits and it will not fall".

| EXPLAIN WHEN AND HOW YOU WERE DISCRIMINATED AGAINST *(Cont'd)* *(If necessary, additional sheets may be used.)* ||||
|---|---|---|---|
| **11a. NAME OF ORGANIZATION WHERE ALLEGED DISCRIMINATION OCCURRED** <br> DETROIT ARSENAL FIRE DEPARTMENT ||| **11b. ADDRESS OF ORGANIZATION WHERE ALLEGED DISCRIMINATION OCCURRED** <br> 6501 EAST 11 MILE ROAD WARREN, MI 48397-5000 |
| **12a. HAVE YOU DISCUSSED THE ISSUE *(s)* IN BLOCK 10 WITH AN EEO COUNSELOR?** ☐ NO ☒ YES *(If yes, complete 12b, 12c, and 12d below.)* ||||
| **12b. NAME OF EEO COUNSELOR** <br> Ms. Melissa Kleehammer || **12c. DATE OF INITIAL CONTACT WITH EEO OFFICIAL *(YYYYMMDD)*** <br> 20180509 | **12d. DATE NOTICE OF RIGHT TO FILE A FORMAL COMPLAINT OF DISCRIMINATION RECEIVED *(YYYYMMDD)*** <br> 20180531 |
| **13. ELECTION OF REPRESENTATION** <br> ☐ ATTORNEY  ☒ NON-ATTORNEY  ☐ NO REPRESENTATION <br> NAME OF REPRESENTATIVE <br> ADDRESS <br> TELEPHONE NUMBER:       FAX:       E-MAIL: ||||
| **14. WHAT RELIEF ARE YOU SEEKING TO RESOLVE THIS COMPLAINT?** *(State specific corrective action desired for each allegation.)* <br> I have been told ZERO TOLERANCE for Sexual Harassment in the work place and he still works here. I have not been able to work any over time because we are not allowed to work together until the Garrison Complaint is completed. I have lost money because I have not worked overtime and I feel that the work place is not comfortable to work when around him. ||||
| **15a. HAVE THE ISSUES IDENTIFIED IN BLOCK 10 BEEN APPEALED TO THE MERIT SYSTEMS PROTECTION BOARD *(MSPB)* OR FILED UNDER A UNION NEGOTIATED GRIEVANCE PROCEDURE?** ☒ NO ☐ YES *(If yes, complete 15b, 15c, and 15d below.)* ||||
| **15b.** ☐ MSPB ☐ UNION NEGOTIATED GRIEVANCE || **15c. DATE FILED *(YYYYMMDD)*** | **15d. MSPB OR UNION DOCKET NUMBER *(If known)*** |
| **16. LIST NAME(s) OF WITNESS *(ES)* AND BRIEFLY STATE WHAT INFORMATION WITNESS MAY CONTRIBUTE TO THE INVESTIGATION OF YOUR COMPLAINT.** <br> Witness # 1 Assistant Fire Chief Tillman <br> Witness # 2 Fire Fighter David Ferris <br> Witness # 3 Fire Fighter Mathew Holtyn <br> Witness # 4 Fire Fighter Johnathan Perkins <br> Witness # 5 Fire Fighter Mathew Kumlin ||||
| **17a. SIGNATURE OF COMPLAINANT** <br> DASILVA.JOE.JR.1092902621 Digitally signed by DASILVA.JOE.JR.1092902621 Date: 2018.06.01 09:21:17 -04'00' ||| **17b. DATE DA FORM 2590 SIGNED BY COMPLAINANT *(YYYYMMDD)*** <br> 20180601 |

DA FORM 2590, FEB 2004

PAGE 2 OF 3
APD LC v1.01ES

000008   DEF-0739

## Kleehammer, Melissa M CIV USARMY ID-SUSTAINMENT (US)

| | |
|---|---|
| **From:** | Dasilva, Joe Jr CIV USARMY IMCOM CENTRAL (US) |
| **Sent:** | Sunday, April 29, 2018 11:03 AM |
| **To:** | Kleehammer, Melissa M CIV USARMY ID-SUSTAINMENT (US) |
| **Cc:** | Porter, Robert G Jr CIV USARMY ID-SUSTAINMENT (US); |
| **Subject:** | Reprisal (UNCLASSIFIED) |
| **Attachments:** | Sharp Complaint.pdf |
| **Signed By:** | |
| **Classification:** | UNCLASSIFIED |

CLASSIFICATION: UNCLASSIFIED

Ms. KLeehammer,

I'm sending you this email to officially file a Reprisal Complaint on A/C Martin Potter on 09 Feb, 2017 I filed a EEC Complaint on A/C Martin Potter that was resolved in a meeting with a mediator and Mr. Young. On 06 March 2017. I was told that A/C Martin Potter would stop making inappropriate comments to me. On April 03,2018 and in the summer of 2017 A/C Martin Potter has not stopped making inappropriate sexual comments I feel that this has caused me to refile my EEO complaint for Reprisal and Retaliation and that he has also been showing some disparate treatment towards me and has played a very big role in my evaluation at the end of the year. I have attached the original EEO complaint and the agreement that was signed by myself and Mr. Young on 3-16-2917 and the emails that show disparate treatment by A/C Potter. I would like this matter to be looked into again I would like to let your office know that I have filed a sexual harassment complaint with SHARP that is currently being investigated at this time by the Garrison Manager and the investigating officer is Mr. Robert Porter. I would like your help in putting this matter to rest again. Thank you for your time in this matter.

Joe DaSilva Jr.
Firefighter/E.M.T/Driver Operator
Installation Management Command
USAG Detroit Arsenal
Building 205,
6501 East 11 Mile Rd.
Warren, Michigan, 48397

CLASSIFICATION: UNCLASSIFIED

1

000009  DEF-0740