## BASE SYSTEM CIVILIAN EVALUATION REPORT
For use of this form, see AR 690-400; the proponent agency is ASA(M&RA)

### PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. POSITION TITLE, PAY PLAN, SERIES AND GRADE |
|---|---|
| DaSilva, Joe Jr. | Firefighter (Hazmat Tech/Basic Life Support), GS/0081/07 |

| c. ORGANIZATION/INSTALLATION | d. REASON FOR SUBMISSION |
|---|---|
| USAG-DTA-IMMI-ESF | [X] ANNUAL   [ ] SPECIAL |

| e. PERIOD COVERED (YYYYMMDD) | f. RATED MOS. | g. RATEE COPY (Check one and date) |
|---|---|---|
| FROM 20170101 THRU 20171231 | 12 | [X] GIVEN TO RATEE   [ ] FORWARDED TO RATEE |

### PART II - AUTHENTICATION

| a. NAME OF RATER (Last, First, Middle Initial) | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|
| Potter, Martin G. | POTTER.MARTIN.G.1096321429 (Digitally signed) | 20180206 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
GS-10/Asst. Fire Chief, USAG-DTA-IMMI-ESF

| b. NAME OF INTERMEDIATE RATER (Optional)(Last, First, MI) | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|
|  |  |  |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT

| c. NAME OF SENIOR RATER (Last, First, Middle Initial) (If used) | SIGNATURE | DATE (YYYYMMDD) |
|---|---|---|
| Edwards, Sean L. | EDWARDS.SEAN.L.1191203220 (Digitally signed) | 20180206 |

GRADE/RANK, ORGANIZATION, DUTY ASSIGNMENT
GS-12/Fire Chief, USAG-DTA-IMMI-ESF

| d. RATEE: I understand my signature does not constitute agreement or disagreement with the evaluations of the Rater and Senior Rater, and merely verifies Part I and Part IV data. | SIGNATURE OF RATEE | DATE (YYYYMMDD) |
|---|---|---|
|  | DASILVA.JOE.JR.1092902621 (Digitally signed) | 20180223 |

### PART III - PERFORMANCE AWARD/QUALITY STEP INCREASE

| PERCENT OF SALARY (INCLUDES Locality Pay) | % (OR) | AWARD APPROVED BY |
|---|---|---|
| AMOUNT $ | (OR) |  |

| QSI (GS with Successful Level 1 Rating Only - minimum of 52 weeks must have elapsed since last QSI) TO (Grade/Step) | DATE (YYYYMMDD) | FUND CITE |
|---|---|---|

### PART IV - DUTY DESCRIPTION (Rater)

a. DAILY DUTIES AND SCOPE (To include as appropriate: people, equipment, facilities, and dollars). Position Description is correct: [X] YES [ ] NO

Serves as a Firefighter Driver/Operator/Hazardous Materials Technician/Basic Life Support, assigned to a crew engaged in structural firefighting, rescue, Hazardous Materials (HAZMAT) incident response functions. Drives and operates firefighting/rescue vehicles, participates in rescue operations to include confined space, high-angle, and other special operations and performs noninvasive emergency medical procedures to provide Basic Life Support (BLS).

b. AREAS OF SPECIAL EMPHASIS
Service Order, Hydrant, Fire Extinguisher, Station Safety and MSDS program

| c. COUNSELING DATES FROM CHECKLIST/RECORD | INITIAL | LATER (Optional) | MIDPOINT | LATER (Optional) |
|---|---|---|---|---|
|  | 20170307 |  | 20170827 |  |

### PART V - VALUES (Rater)

| VALUES | BULLET COMMENTS |
|---|---|
| Loyalty | Seeks solutions when others have given up. |
| Duty |  |
| Respect | Employee shows strong signs of personal courage. |
| Selfless service |  |
| Honor | Employee is tenacious in his efforts. |
| Integrity |  |
| Personal courage |  |

DA FORM 7223, MAR 2010   PREVIOUS EDITIONS ARE OBSOLETE.   APD LC v1.02ES

DEF-0331

| RATEE'S NAME *(Last, First, Middle Initial)*<br>DaSilva, Joe Jr. | THRU DATE<br>20170101 Thru 20171231 |
|---|---|
| **b. RESPONSIBILITIES** | Specific bullet examples of other than "SUCCESS," are mandatory.<br>Specific bullet examples of "SUCCESS" are optional but encouraged. |
| **1. TECHNICAL COMPETENCE**<br>    Technical knowledges, skills, abilities<br>    Doing work right/on time<br>    Sound judgement<br><br>EXCELLENCE  **SUCCESS**  NEEDS          FAILS<br>*(Exceeds std)*  *(Meets std)*  IMPROVEMENT<br>    ☐             ☒             ☐              ☐ | -Successfully completed Fire Department Health and Safety Officer and Incident Safety Officer, strives to better himself as a firefighter.<br>-Employee adequately operates department apparatus, ensuring crew arrive safely.<br>-Participated in inspections of over 600 fire extinguishers throughout the installation |
| **2. ADAPTABILITY AND INITIATIVE**<br>    Adjusting to change - situations/people<br>    Trying new things<br>    Seeking self-development<br><br>EXCELLENCE  SUCCESS  NEEDS          FAILS<br>*(Exceeds std)*  *(Meets std)*  IMPROVEMENT<br>    ☒             ☐             ☐              ☐ | -Seeks professional development courses, enrolled in Fire Officer I.<br>-Volunteered to participate in live fire training with Mutual Aid Partners, improving community and professional relationships.<br>-Taught CPR classes on days off to ensure base populace received quality training.<br>-Exceeded the assigned task of entering maintenance records for over 500 Fire Extinguishers, ensuring the task was completed ahead of schedule. |
| **3. WORKING RELATIONSHIPS & COMMUNICATIONS**<br>    Supporting team<br>    Respecting others<br>    Expressing ideas clearly<br>    Listening/understanding<br><br>EXCELLENCE  SUCCESS  NEEDS          FAILS<br>*(Exceeds std)*  *(Meets std)*  IMPROVEMENT<br>    ☒             ☐             ☐              ☐ | -Assists fellow firefighters with preparation for practical examinations.<br>-Consistently supports department functions, resulting in a team atmosphere.<br>-Has the ability to ask penetrating questions, ensuring understanding of procedures and policies; thus improving overall knowledge. |
| **4. RESPONSIBILITY AND DEPENDABILITY**<br>    Dependable/reliable<br>    Maintaining facilities/equipment<br>    Conserving supplies/time<br>    People/equipment safety<br><br>EXCELLENCE  SUCCESS  NEEDS          FAILS<br>*(Exceeds std)*  *(Meets std)*  IMPROVEMENT<br>    ☒             ☐             ☐              ☐ | -Conducts base populace training for over 50 fire wardens, providing fire prevention knowledge and tactics; provided hands on fire extinguisher training.<br>-Thoroughly inspects equipment, ensuring equipment is mission ready.<br>-Completed all objectives assigned from the fire hydrant program on task, key to ensuring water supplies are intact and available should the need arise. |
| **Numbers 5 and 6 apply to positions with some supervisory duties** ||
| **5. SUPERVISION AND LEADERSHIP**<br>    Mission focused/performance oriented<br>    Sets standard/Leads by example<br>    Motivating/developing others<br>    Implementing DA emphasis programs/managing resources<br><br>EXCELLENCE  SUCCESS  NEEDS          FAILS<br>*(Exceeds std)*  *(Meets std)*  IMPROVEMENT<br>    ☐             ☐             ☐              ☐ | |
| **6. EEO AND AFFIRMATIVE ACTION**<br>    Respecting dignity<br>    Achieving planned actions<br>    Providing opportunity<br>    Solving problems<br><br>EXCELLENCE  SUCCESS  NEEDS          FAILS<br>*(Exceeds std)*  *(Meets std)*  IMPROVEMENT<br>    ☐             ☒             ☐              ☐ | |
| **PART VI - SENIOR RATER** *(if used)* or<br>    **RATER** *(no senior rater used)*<br>OVERALL PERFORMANCE<br><br>[☒ 1] [ 2 ] [ 3 ] [■ 4 ■] [ 5 ] [■]<br><br>**SUCCESSFUL     FAIR     UNSUCCESSFUL**<br>                    **(MUST** Have Senior<br>                         Rater Review) | **PART VII - SENIOR RATER** *(If used)*<br>BULLET COMMENTS *(Performance/Potential)*<br><br>Employee has shown great strides for self-improvement. He continues to improve upon his performance overall. |
| A completed DA Form 7223-1 was received with this report and considered in my evaluation and review:<br>☒ YES    ☐ NO *(Explain)* ||

**REVERSE, DA FORM 7223, MAR 2010**

APD LC v1.02ES

DEF-0332