## U.S. District Court for the
## Eastern District of Michigan

### Index of Exhibits

1. Email and Notice of Deposition

2. Moscone Email

3. Emails

4. Declaration of James Green