| | |
|---|---|
| **From:** | Michelle Benvenuto |
| **To:** | Anchill, Benjamin (USAMIE) |
| **Cc:** | Brian E. Koncius; Verdun, Sara (USAMIE); General Email; Lori Crusselle; Keith Altman; Jill Gelhausen; Liti |
| **Subject:** | [EXTERNAL] DaSilva - Notice of Deposition of Arthur Young |
| **Date:** | Thursday, September 8, 2022 2:09:55 PM |
| **Attachments:** | image003.png<br>2022_09_08_NOD Young.pdf |

Dear Counsel,

    Attached please find the Notice of Deposition of Arthur Young for September 28, 2022 at 10:00 am. Location is TBD.

    Mr. Anchill, if you would be okay with hosting the deposition at your offices please let us know and we can plan for that accordingly.

Thank you,



Michelle Benvenuto
Litigation Paralegal
Direct Phone: (947) 366-0027
Firm Phone: (248) 987-8929
http://www.kaltmanlaw.com

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom addressed. This message is intended only to be seen by those named. If you have received this email in error, please notify the sender immediately. If you are not the intended recipient, please note that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    *Plaintiff*,

v.

CHRISTINE WORMUTH,
Secretary of the Army, and
MARTIN POTTER, in his
individual capacity,

    *Defendants*.
_____/

Case No: 2:20-cv-11358
Hon. Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

Keith Altman, Esq. (P81702)
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48331
(248) 987-8929
keithaltman@kaltmanlaw.com

### NOTICE OF TAKING DEPOSITION OF ARTHUR J. YOUNG, JR.

PLEASE TAKE NOTICE that the Plaintiff Joe DaSilva, Jr. will take the following deposition in accordance with the provisions of Federal Rules of Civil Procedure including FRCP Rule 30, by stenographic means and may be recorded by video, before a notary public duly authorized to administer oaths:

    **DEPONENT:**    **Arthur J. Young, Jr., Director, Emergency Service for the United States Army**

    **DATE:**    **September 28, 2022**

2

    **TIME:**    **10:00 a.m.**

    **LOCATION:**  **TBD**

This deposition will continue until the examination is completed. You are invited to attend and cross-examine the deponent if you desire.

Dated: September 8, 2022   Respectfully submitted,

            THE LAW OFFICE OF KEITH ALTMAN

            By: */s/ Keith Altman*
            Keith Altman, Esq. (P81702)
            THE LAW OFFICE OF KEITH ALTMAN
            33228 West 12 Mile Road, Suite 375
            Farmington Hills, MI 48331
            (248) 987-8929
            keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, a copy of the foregoing Notice of Taking Deposition was served via electronic mail to all counsel of record.

/s/ *Keith Altman*

3