**Moscone, Joseph CIV USARMY IMCOM (USA)**

| | |
|---|---|
| **From:** | Moscone, Joseph CIV USARMY IMCOM (USA) |
| **Sent:** | Wednesday, October 23, 2019 12:03 PM |
| **To:** | Dasilva, Joe Jr CIV USARMY IMCOM CENTRAL (USA); YOUNG, ARTHUR J JR CIV USARMY ID-SUSTAINMENT (USA) |
| **Cc:** | Ball, Michael S CIV USARMY ID-SUSTAINMENT (USA); Tillman, L Jerome CIV USARMY ID-SUSTAINMENT (USA); Kleehammer, Melissa M CIV USARMY ID-SUSTAINMENT (USA); wwoods@excololaw.com |
| **Subject:** | RE: Detailed Drivers position |
| **Signed By:** | joseph.moscone.civ@mail.mil |

Joe:

I do not have the details with respect to the Captain's position and/or the panel. I recommend you connect directly with Mr. Young and he will be able to explain how that selection will be made and answer your questions.

What I can tell you is that any case you may have pending in the EEO system will not have any impact at all when it comes to the selection process. I would expect that the panel will include more than just one individual certainly, and also a representative "outside" of the Fire Dept, which is the norm for many of our selections, and should hopefully ease your concerns. The panel and the process will simply be considering your resume along with other applicants, and results from interviews conducted. Same process used for all applicants. No other issue will be included in the panel deliberations.

I will ensure that our EEO Office, as a standard matter of practice, reviews the process, all interview questions, etc. to validate that merit principles are adhered to.

Mgt decides the process to be used, including panel membership, ICW their Chain of Cmd and other staff proponents....that is their decision to make. I have full faith in Mr. Young and the Fire Chief to manage this process, and to ensure it is executed fairly and without bias.

My recommendation is for you to proceed with the interview if one is scheduled accordingly, regardless of panel membership. If you feel that something was not right after the process is completed, then pls let us know.

I'm glad you have chosen to consider this opportunity for yourself, and I wish you luck.


Joseph (Joe) Moscone
Garrison Manager
Installation Management Command
U.S. Army Garrison-Detroit Arsenal
Building 229
6501 East 11 Mile Road
Warren, Michigan 48397


-----Original Message-----
From: Dasilva, Joe Jr CIV USARMY IMCOM CENTRAL (USA)
Sent: Wednesday, October 23, 2019 8:45 AM

1

DEF-1172

To: Moscone, Joseph CIV USARMY IMCOM (USA) <joseph.moscone.civ@mail.mil>; YOUNG, ARTHUR J JR CIV USARMY ID-SUSTAINMENT (USA) <arthur.j.young8.civ@mail.mil>
Cc: Ball, Michael S CIV USARMY ID-SUSTAINMENT (USA) <michael.s.ball.civ@mail.mil>; Tillman, L Jerome CIV USARMY ID-SUSTAINMENT (USA) <lesley.j.tillman.civ@mail.mil>; Kleehammer, Melissa M CIV USARMY ID-SUSTAINMENT (USA) <melissa.m.kleehammer.civ@mail.mil>; ▮▮▮▮▮▮▮▮▮▮ wwoods@excololaw.com
Subject: FW: Detailed Drivers position

Mr. Moscone,

I'm sending you this email because the email blow was send to my chain of command and I have not been able to get an answer regarding my concern with what is happing to me within the Detroit Arsenal Fire Department. I feel that I have wait long enough, and that I know have to email this to you and Director Young. ==My phone interview for the Cpt's. Positon is on Monday 28 October at 12:00 hours and I have not been give an answer to my question is and will A/C Potter will be sitting on the interview board knowing that I still have an active EEO complaint going on==. I have also sent Ms. Kleehammer a similar email on 10/13/19 and her office has not responded to me. Can you please help me find out if he is going to be on the board next Monday. I will not be back to work until this weekend but I will be able to read your respond from my home email. Thank you for your time in this matter

Joe DaSilva Jr.
Firefighter/E.M.T/Driver Operator
Installation Management Command
USAG Detroit Arsenal
Building 205,
6501 East 11 Mile Rd.
Warren, Michigan, 48397

-----Original Message-----
From: Dasilva, Joe Jr CIV USARMY IMCOM CENTRAL (USA)
Sent: Friday, September 20, 2019 8:25 PM
To: Ball, Michael S CIV USARMY ID-SUSTAINMENT (USA) <michael.s.ball.civ@mail.mil>
Cc: Tillman, L Jerome CIV USARMY ID-SUSTAINMENT (USA) <lesley.j.tillman.civ@mail.mil>
Subject: Detailed Drivers position

Chief, Ball

I'm sending you this email because of our conversation on 9/19/19, when you called me into your office regarding your concern about how I was feeling about the detailed driving position.
First, I would like start out by saying that I submitted my interest per the email that was send by my supervisor Assistant Chief Tillman which I send out on 8/14/19 as instructed in the email. After the email was sent to my supervisor. My next shift, I spoke with my supervisor, Assistant Chief Tillman, and expressed my concern about who was going to be in the process of selecting the Detailed Drivers position. I strongly requested through my supervisor my concern that I was unhappy that Assistant Chief Potter was involved in the selecting process.
I expressed that I would like to have Assistant Chief Potter removed from the selecting process because of the ongoing EEOC Complaint, which is still pending through legal channels. My supervisor stated that he would up channel my concern to Chief Ball. I then received a text message from Chief Ball on 9/16/19, stating that the driver position, has been selected. To which, I was not selected. I was not happy that, the text, via mobile cell phone, stated that "This was a very tight competition and I want to thank the the A/C's, Captains, and the Union for their participation in this process."