UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOE DASILVA, JR., *Plaintiff,* v. CHRISTINE WORMUTH, Secretary of the Army, and MARTIN POTTER, in his individual capacity. *Defendants.* | Case No: 2:20-cv-11358 Honorable Mark A. Goldsmith Magistrate Judge Anthony P. Patti |

## PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiff submits the following Motion to Withdraw Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave to Amend the Complaint. Due to the present state of litigation and the pending Motion for Summary Judgement, Plaintiff will no longer be pursuing an amendment to the operative complaint to add a defendant. Plaintiff requests that the Motion for Leave to Amend the Complaint be withdrawn.

Dated: January 6, 2023

Respectfully submitted,

Keith Altman, Esq.
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI 48334
Tel: (987) 987-8929
*keithaltman@kaltmanlaw.com*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| JOE DASILVA, JR.,<br>*Plaintiff,*<br><br>v.<br><br>CHRISTINE WORMUTH,<br>Secretary of the Army, and<br>MARTIN POTTER, in his<br>individual capacity.<br>*Defendants.* | Case No: 2:20-cv-11358<br><br>Honorable Mark A. Goldsmith<br><br>Magistrate Judge Anthony P. Patti |

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, I served the foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion for Leave to Amend the Complaint upon all parties herein by filing copies of same using the ECF System.

Keith Altman, Esq.

1