UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

       Plaintiff,                                       Civil Action No. 20-11358

vs.

                                                           HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

       Defendants.

_____/

## ORDER STRIKING DOCUMENTS (Dkts. 93, 94)

On January 9, 2023, Plaintiff filed a response to Defendant Martin Potter's motion for summary judgment (Dkt. 94) and a response to Defendant Christine Wormuth's motion for summary judgment (Dkt. 93). The briefs in support of Plaintiff's responses do not comply with the requirements set out in this Court's scheduling order (Dkt. 60). In particular, section II.C.3 of that order states the following:

> A brief in support of a response to a Rule 56 motion must begin with a "Counter-statement of Material Facts," stating which facts are admitted and which are contested. The paragraph numbering must correspond to the moving party's Statement of Material Facts. If any of the moving party's proffered facts are contested, the non-moving party must explain the basis for the factual disagreement, referencing and citing record evidence. The non-moving party may raise additional material facts not implicated by the moving party's Statement under the separate heading "Statement of Additional Material Facts." The Statement of Additional Material Facts must consist of numbered paragraphs, and each paragraph must include specific references and citations to record evidence.

Id. at 5.

Accordingly, the Court strikes Plaintiff's responses. Plaintiff shall file corrected documents that comply with all requirements on or before January 12, 2023.

       SO ORDERED.

Dated: January 10, 2023                             s/Mark A. Goldsmith
       Detroit, Michigan                            MARK A. GOLDSMITH
                                                              United States District Judge