## U.S. District Court for the
## Eastern District of Michigan

## Index of Exhibits

1. Excerpts from the deposition transcript of Joe DaSilva, Jr., dated September 7, 2022

2. 9/14/17 Memo