UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

      Plaintiff,                                   Civil Action No. 20-11358

vs.

                                                     HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

      Defendants.
_____/

**ORDER GRANTING JOINT MOTION TO ADJOURN MOTION IN LIMINE AND PROPOSED JOINT FINAL PRETRIAL ORDER DEADLINES (Dkt. 100)**

This matter is before the Court on the parties' joint motion to adjourn the deadlines for motions in limine and the proposed joint final pretrial order (JFPO) (Dkt. 100).

Having considered the motion, the Court grants the motion. The deadlines for motions in limine and the proposed JFPO are adjourned until further order of the Court.

SO ORDERED.

Dated: April 19, 2023                                  s/Mark A. Goldsmith
      Detroit, Michigan                           MARK A. GOLDSMITH
                                                          United States District Judge