UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                Plaintiff(s),

v.                                                   Case No. 2:20−cv−11358−MAG−APP
                                                    Hon. Mark A. Goldsmith

Mark Esper, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- STATUS CONFERENCE:  May 10, 2023 at 10:00 AM

    The conference shall be initiated by Plaintiff's counsel and then include the Court by calling (313) 234−5240 when all parties are on the line..

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Holly A Ryan
                                                        Acting in the absence of Karri Sandusky

Dated:  May 3, 2023