UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Joe Dasilva, Jr.,

                  Plaintiff(s),

v.                                                  Case No. 2:20−cv−11358−MAG−APP
                                                   Hon. Mark A. Goldsmith

Mark Esper, et al.,

                  Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 815, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL: July 12, 2023 at 08:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/K Sandusky
                                                         Case Manager

Dated: May 12, 2023