UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOE DASILVA, JR.,

    Plaintiff,                                              Civil Action No. 20-11358

vs.

                                                        HON. MARK A. GOLDSMITH

MARK ESPER, et al.,

    Defendants.
_____/

## **JUDGMENT**

Judgment is entered in accordance with the Opinion and Order entered on today's date.

The case is closed.

                                                        KINIKIA ESSIX
                                                        CLERK OF THE COURT

                                          By:    s/Karri Sandusky
                                                        DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: June 2, 2023